**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Augustus Jr. v. Omachi, et al.    Case Number:  26-cv-7819

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff, Charles Augustus, Jr.

Attorney name (type or print): Jordan Marsh

Firm: Law Office of Jordan Marsh

Street address: 33 North LaSalle Street, Suite 2000

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6216489
(See item 3 in instructions)

Telephone Number: (224) 220-9000

Email Address: jordan@jmarshlaw.com

Are you acting as lead counsel in this case?    ☑ Yes    ☐ No

Are you a member of the court's general bar?    ☑ Yes    ☐ No

Are you a member of the court's trial bar?    ☑ Yes    ☐ No

Are you appearing *pro hac vice*?    ☐ Yes    ☑ No

If this case reaches trial, will you act as the trial attorney?    ☑ Yes    ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  7/3/2026

Attorney signature:    S/ Jordan Marsh
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023