**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Augustus Jr. v. Omachi, et al.     Case Number: 26-cv-7819

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff, Charles Augustus, Jr.

Attorney name (type or print):  Krystal Robledo

Firm:  Law Office of Jordan Marsh

Street address: 33 North LaSalle Street, Suite 2000

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6353723
(See item 3  in instructions)

Telephone Number: (224) 262-2199

Email Address: krystal@jmarshlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  7/3/2026

Attorney signature:     S/ Krystal Robledo _____
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023